**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.   **CRIMINAL NO.  4:23-cr-47-DMB-JMV-1**

**WILLIE LARRY**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted **A. E. Harlow, Jr.**, on **June 26, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **A. E. Harlow, Jr.** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **A. E. Harlow, Jr.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 26th day of June, 2023.


　　　　　　　　　　　　　　　　　　 /s/ Jane M Virden
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE